UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 11-14027-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff/Judgment Creditor,

vs.

JEFFREY H. KNOX,

    Defendant/Judgment Debtor,

and

TEACHER'S INSURANCE & ANNUITY ASSOCIATION,

    Garnishee.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DE 83)

THIS MATTER is before the Court on the Report and Recommendation issued August 13, 2013, by United States Magistrate Judge Frank J. Lynch regarding the Writ of Garnishment (DE 75). After review of the Report and Recommendation, review of the record, and the Government's response thereto, it is ORDERED AND ADJUDGED that the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Writ of Garnishment (D.E. 75) is hereby DISSOLVED, without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this day 5th of September, 2013.

                                    K. MICHAEL MOORE
                                    UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

Jeffrey H. Knox – 96645-004

Yazoo City – Medium FCI
P.O. Box 5888
Yazoo City, MS 39194
(Defendant)

Gale P. McEvilley
Senior Individual Consultant
TIAA-CREF Individual & Institutional Services, LLC
8500 Andrew Carnegie Blvd.
Charlotte, NC 28262
(Garnishee)